SCANNED

FILED
CLERK'S OFFICE

[date stamp illegible] 12: 12

U.S. DISTRICT COURT
DISTRICT OF MASS

UNITED STATES DISTRICT COURT
Western District of Massachusetts

|  |  |
|---|---|
| KEITH BRIAN ASKINS ) | |
| ) | |
| Plaintiff ) | Civil Action No.: 04-30178-MAP |
| ) | |
| V. ) | |
| ) | APPEARANCE |
| WILLIAM C. WERNICKI TRUCKING ) | |
| ) | |
| Defendant ) | |

**TO THE CLERK OF THE ABOVE NAMED COURT:**

Please enter my appearance for the Defendant, William C. Wernicki Trucking, in the above-titled action.

ATTORNEY FOR THE DEFENDANT,
William C. Wernicki Trucking

Robert M. LaRose
Russo, LaRose & Bresnahan
538 Preston Avenue
P.O. Box 1002
Meriden, CT  06450
(203) 238-1812
BBO#543711

## CERTIFICATE OF SERVICE

I, Robert M. LaRose, Esq., do hereby certify that I have made service of the Notice of Appearance for the Defendant, William C. Wernicki Trucking, by mailing a copy of same postage prepaid, first class mail to all counsel of record on October 28, 2004, as follows:

Barry E. O'Connor, Esq
293 Bridge Street, Suite 326
Springfield, MA  11103

_____
Robert M. LaRose