UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KEITH BRIAN ASKINS, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-30178-KPN |
| | ) | |
| WILLIAM C. WERNICKI TRUCKING, | ) | |
| Defendant | ) | |

SCHEDULING ORDER
January 7, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. All motions to amend the pleadings or add additional parties shall be filed by February 4, 2005.

2. All discovery shall be completed by August 8, 2005.

3. Plaintiff shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by May 6, 2005, and any depositions of such experts shall be completed by June 7, 2005.

4. Defendant shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by July 7, 2005, and any depositions of such experts shall be completed by August 8, 2005.

5. Counsel shall appear for a case management conference on August 30, 2005, at 10:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

        /s/ Kenneth P. Neiman
        KENNETH P. NEIMAN
        U.S. Magistrate Judge