04 CV 30178-W MAP

## CERTIFICATION BY DEFENDANT'S REPRESENTATIVE

I, Lydia Wilson, litigation adjuster for Hanover Insurance Company, which insures William C. Wernicki Trucking, hereby certifies that I have spoken with Attorney Robert LaRose regarding the defense of this matter including the cost of conducting the defense and the possibility of alternative dispute resolution.

_____
Lydia Wilson

Dated: 12/29/04

_____
Attorney Robert LaRose

## CERTIFICATION BY PLAINTIFF

I, Keith Askins, plaintiff in this action, certify that I have discussed all aspects of litigating this case with Attorney Barry O'Connor and the possibility of alternative dispute resolution.

_____
Keith Askins

Dated: 12/29/04

_____
Attorney Barry O'Connor