# RUSSO, LaROSE & BRESNAHAN

95 Glastonbury Boulevard, Suite 400
Glastonbury, Connecticut 06033
Tel: 860-368-5070
Fax: 860-368-5069

*Kevin M. Bresnahan*
*Robert M. LaRose†*
*Charlene M. Russo*

---

† Also Admitted in Massachusetts

January 6, 2005

Clerk of the Court
United States District Court
Federal Building & Court
1550 Main Street
Springfield, MA 01103

Re: Robert M. LaRose, Esq.
BBO# 543711

<u>Keith Brian Askins v. William C. Wernicki Trucking</u>
Civil Action No: 04-30178-MAP

Dear Sir or Madam:

Please note the following address change for the above named attorney effective January 3, 2005:

Russo, LaRose & Bresnahan
95 Glastonbury Boulevard, Suite 400
Glastonbury, CT 06033
Phone No. (860) 368-5070
Fax No. (860) 368-5069

Thank you for your attention to this matter.

Sincerely,

Robert M. LaRose
jo

Staff Counsel: Hanover Insurance Company/Citizens Insurance Company of America
Not a Partnership