UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KEITH BRIAN ASKINS,            )
        Plaintiff            )
                                   )
v.                             )    Civil Action No. 04-30178-KPN
                                   )
                                   )
WILLIAM C. WERNICKI TRUCKING,  )
        Defendant           )

REVISED SCHEDULING ORDER
July 8, 2005

NEIMAN, U.S.M.J.

The court hereby ALLOWS Defendant's assented-to motion for enlargement of time (Document No. 15) and revises the schedule as follows:

1. All discovery shall be completed by October 8, 2005.

2. Plaintiff shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by July 6, 2005, and any depositions of such experts shall be completed by August 7, 2005.

3. Defendant shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by September 7, 2005, and any depositions of such experts shall be completed by October 8, 2005.

4. Counsel shall appear for a case management conference on October 14, 2005, at 10:30 a.m. in Courtroom Three. The August 30th conference is hereby cancelled.

IT IS SO ORDERED.

                                                 /s/ Kenneth P. Neiman
                                                 KENNETH P. NEIMAN
                                                 U.S. Magistrate Judge