UNITED STATES DISTRICT COURT
Western District of Massachusetts

| | |
|---|---|
| KEITH BRIAN ASKINS <br><br> Plaintiff <br><br> vs. <br><br> WILLIAM C. WERNICKI TRUCKING <br><br> Defendant | Civil Action No.04-30178-KPN |

## NOTICE OF WITHDRAWAL

Please withdraw the appearance of **Barry E. O'Connor** as counsel for the plaintiff pursuant to Order of the Supreme Judicial Court No. BD- 2005-038, suspending Attorney O'Connor for a period of six months. **Attorney Walter Stewart** of the Law Offices of Barry E. O'Connor files his appearance herewith and is apprised of all matters regarding the case and appears with the full consent of the plaintiffs.

PLAINTIFF,
By their attorney,

Barry E. O'Connor
Law Offices of Barry E. O'Connor
293 Bridge Street, Suite 326
Springfield, MA 01103
(413) 746-0060
BBO# 548570