UNITED STATES DISTRICT COURT
Western District of Massachusetts

| | |
|---|---|
| KEITH BRIAN ASKINS<br><br>Plaintiff<br><br>vs.<br><br>WILLIAM C. WERNICKI TRUCKING<br><br>Defendant | Civil Action No.04-30178-KPN |

## NOTICE OF APPEARANCE

Kindly enter my appearance on behalf of the plaintiff in the above-captioned matter.

PLAINTIFF,
By his attorney,

*Walter Stewart*
Walter Stewart
Law Offices of Barry E. O'Connor
293 Bridge Street, Suite 326
Springfield, MA 01103
(413) 746-0060
BBO# 544386

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on August 5, 2005 to counsel as follows:

Robert M. LaRose
Russo, LaRose & Bresnahan
95 Glastonbury Boulevard, Suite 400
Glastonbury, CT 06033

*Walter Stewart*
Walter Stewart, Esq.