UNITED STATES DISTRICT COURT
Western District of Massachusetts

| | |
|---|---|
| KEITH BRIAN ASKINS<br><br>Plaintiff<br><br>V.<br><br>WILLIAM C. WERNICKI TRUCKING<br><br>Defendant | Civil Action No.: 04-30178-KPN<br><br>DEFENDANT WILLIAM C. WERNICKI TRUCKING'S MOTION FOR ENLARGEMENT OF TIME ON CONSENT |

The undersigned counsel for the defendant, William C. Wernicki Trucking, with the consent of counsel for all parties, hereby moves for a partial enlargement of the scheduling order approved by the Court on January 7, 2005 and extended by the Court by order dated July 8, 2005. The defendant, William C. Wernicki Trucking moves for a partial enlargement so as to extend by thirty (30) days the time limitations related to the completion of all discovery. The request for an enlargement of time would result in the following time deadline:

1. All discovery shall be completed by November 8, 2005;

In support hereof, the undersigned counsel represents that the parties have taken the depositions of the plaintiff, defendant and one (1) witness in this case. The deposition of the witness which was taken on September 27, 2005 has resulted in the names of two (2) other potential witnesses. The defendant would like to inquire of these witnesses what they know and

1

what they saw. The depositions of these witnesses may be needed and a subpoena must be served upon them to compel their appearance. The parties anticipate that these two (2) additional depositions will be scheduled within thirty (30) days. The parties will need the additional thirty (30) days as requested to complete these depositions.

This is the second motion for extension of time relating to this scheduling order in this case.

Counsel for the plaintiff consents to the enlargement of time sought by this Motion.

| ATTORNEY FOR THE PLAINTIFF<br>Keith Brian Askins<br>Consents:<br><br>_[signature]_<br>Walter Stewart, Esq.<br>293 Bridge Street, Ste 326<br>Springfield, MA 11103<br>(413) 746-0060<br>BBO# 548570 | ATTORNEY FOR THE DEFENDANT,<br>William C. Wernicki Trucking<br><br>_[signature]_<br>Robert M. LaRose, Esq.<br>Russo & LaRose<br>95 Glastonbury Boulevard, Ste. 400<br>Glastonbury, CT 06033<br>(860) 368-5070<br>BBO#543711 |

2

## CERTIFICATE OF SERVICE

I, Robert M. LaRose, Esq., do hereby certify that a copy of this Motion for Enlargement of Time has been sent to the following counsel of record via first class mail on October 3, 2005, as follows:

Walter Stewart, Esq
293 Bridge Street, Suite 326
Springfield, MA  11103

Robert M. LaRose