UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


KEITH BRIAN ASKINS,              )
              Plaintiff    )
                           )
                           )
v.                               )   Civil Action No. 04-30178-KPN
                           )
                           )
WILLIAM C. WERNICKI TRUCKING,    )
              Defendant   )


### FURTHER SCHEDULING ORDER
October 5, 2005

NEIMAN, U.S.M.J.

    The court hereby ALLOWS Defendant's assented-to motion for enlargement of time (Document No. 19) and further revises the schedule as follows:

1. All discovery shall be completed by November 8, 2005.

2. Counsel shall appear for a case management conference on November 14, 2005, at 12:30 p.m. in Courtroom Three. The October 14, 2005 conference is hereby cancelled.

THERE SHALL BE NO FURTHER EXTENSIONS.

    IT IS SO ORDERED.

                                              /s/ Kenneth P. Neiman
                                              KENNETH P. NEIMAN
                                              U.S. Magistrate Judge