UNITED STATES DISTRICT COURT
Western District of Massachusetts

| | |
|---|---|
| KEITH BRIAN ASKINS<br>Plaintiff | Civil Action No.: 04-30178-KPN |
| V. | |
| WILLIAM C. WERNICKI TRUCKING<br>Defendant | February 23, 2006 |

## DEFENDANT WILLIAM C. WERNICKI TRUCKING'S PROPOSED VERDICT FORM

**SPECIAL VERDICT OF JURY**

1. Was the defendant William C. Wernicki negligent?

   YES_____    NO_____

2. Was such negligence a substantial factor in causing the plaintiff's injuries?

   YES_____    NO_____

3. Was the plaintiff Keith Askins negligent?

   YES_____    NO_____

RUSSO & LAROSE
95 GLASTONBURY BOULEVARD • SUITE 400 • GLASTONBURY, CT 06033 • (860) 368-5070 • JURIS No. 414983

    4.      Was such negligence a substantial factor in causing the plaintiff's Keith Askins injuries?

           YES_____         NO_____

    5.      What percentage of fault is attributable to:

          A.    Defendant_____       _____ percent

          B.    Plaintiff_____        _____ percent

                Total                100 percent

    6.      Amount of damages _____
          (Do not complete this section if the negligence of the plaintiff is greater than 50 percent.)

                                                            _____
                                                                       Foreperson