UNITED STATES DISTRICT COURT
Western District of Massachusetts

| | |
|---|---|
| KEITH BRIAN ASKINS<br>Plaintiff<br><br>v.<br><br>WILLIAM C. WERNICKI TRUCKING<br>Defendant | Civil Action No.04-30178-KPN<br><br><br>March 14, 2006 |

## *Amended* DEFENDANT WILLIAM C. WERNICKI TRUCKING'S PROPOSED VERDICT FORM

**SPECIAL VERDICT OF JURY**

1. Was the defendant William C. Wernicki d/b/a William C. Wernicki Trucking negligent?

    YES_____      NO_____

2. Was such negligence a substantial factor in causing the plaintiff's injuries?

    YES_____      NO_____

3. Was the plaintiff Keith Askins negligent?

    YES_____      NO_____

4. Was such negligence a substantial factor in causing the plaintiff's Keith Askins injuries?

   YES_____    NO_____

5. What percentage of fault is attributable to:

   A. Defendant_____    _____percent

   B. Plaintiff_____    _____percent

              Total              100   percent

6. Amount of damages_____

   (Do not complete this section if the negligence of the plaintiff is greater than 50 percent.)

                                        _____
                                                  Foreperson