UNITED STATES DISTRICT COURT
Western District of Massachusetts

| | |
|---|---|
| KEITH BRIAN ASKINS )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>WILLIAM C. WERNICKI TRUCKING )<br>Defendant )<br>) | Civil Action No.04-30178-KPN<br><br>PLAINTIFF'S NOTICE TO JOIN DEFENDANT'S AMENDED PROPOSED VERDICT FORM AND PROPOSED VOIR DIRE QUESTIONS |

Now comes the plaintiff, Keith Askins, and notices this Honorable Court that plaintiff agrees to join with defendant's amended proposed verdict form and proposed voir dire questions.

As reasons therefore that the plaintiff agrees and approves with defendants proposed verdict form and proposed voir dire questions.

Dated: 3/15/06

Plaintiff By his attorney,

Barry E. O'Connor, Esq.
293 Bridge Street Suite 326
Springfield, MA 01103
413.746.0060
B.B.O : 548570