UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KEITH BRIAN ASKINS,            )
          Plaintiff       )
                               )
                               )
v.                             ) Civil Action No. 04-30178-KPN
                               )
                               )
WILLIAM C. WERNICKI TRUCKING,  )
          Defendant       )

SPECIAL VERDICT
March 21, 2006

    1. Has Plaintiff, Keith Brian Askins, proven by a preponderance of the evidence that Defendant, William C. Wernicki Trucking, was negligent?

_____ Yes          __X__ No

**If you have answered "Yes" to question 1, go on to question 2. If you answered "No," you must enter a verdict in favor of Defendant by completing the signature and date lines at the end of this form, and returning to the courtroom.**

    2. Has Mr. Askins proven by a preponderance of the evidence that Wernicki Trucking's negligence proximately caused his injuries?

_____ Yes          _____ No

**If you have answered "Yes" to question 2, go on to question 3. If you have answered "No," you must enter a verdict in favor of Defendant by completing the signature and date lines at the end of this form, and returning to the courtroom.**

    3. Has Wernicki Trucking proven by a preponderance of the evidence that Mr. Askins was comparatively negligent?

_____ Yes          _____ No

**If you have answered "Yes" to question 3, go on to question 4. If you have answered "No," proceed to question 6.**

    4. Has Wernicki Trucking proven by a preponderance of the evidence that Mr. Askins' own negligence was a proximate cause of his injuries?

    _____ Yes            _____ No

**If you have answered "Yes" to question 4, go on to question 5. If you have answered "No," proceed to question 6.**

    5. Taking 100% as the total amount of fault in causing the injury at issue, what relative percentages of total fault do you attribute to Mr. Askins and Wernicki Trucking?

    _____ Keith Brian Askins

    _____ Wernicki Trucking

    100% Total

**If the percentage of fault attributed to Mr. Askins is fifty percent or less, then proceed to question 6. Otherwise, you will have entered a verdict in favor of Defendant and must complete the signature and date lines at the end of this form and return to the courtroom**

    6. Disregarding any negligence or fault on the part of Mr. Askins himself, what amount of money will fairly and adequately compensate him for his injuries?

    $ _____ (in figures)

    $ _____ (in words)

**Complete the signature and date lines and return to the courtroom.**

_/s/ [signature]_                     3/21/06
Foreperson                         Date