UNITED STATES DISTRICT COURT
District of Massachusetts

| | | |
|---|---|---|
| KEITH BRIAN ASKINS, | ) | JUDGMENT IN A CIVIL CASE |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-30178-KPN |
| | ) | |
| WILLIAM C. WERNICKI TRUCKING COMPANY, | ) ) | |
| Defendant | ) | |

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is entered in favor of Defendant in accord with the jury verdict returned in court on March 21, 2006.

| | |
|---|---|
| March 22, 2006 | Sarah A. Thornton |
| Date | Clerk |
| | |
| | APPROVED AS TO FORM: |
| | |
| | /s/ Kenneth P. Neiman |
| | Kenneth P. Neiman |
| | United States Magistrate Judge |
| | |
| | By:   /s/ Bethaney A. Healy |
| |           Deputy Clerk |