UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KEITH BRIAN ASKINS,
    Plaintiff

v.   CV/CR Number:   04cv-30178-KPN

WILLIAM C. WERNICKI TRUCKING,
    Defendant

## ORDER TO SHOW CAUSE

__NEIMAN, U.S.M.J.__:

On 3/03/2006, the Clerk's Office notified Attorney <u>Walter Stewart</u> of the requirement that all attorneys practicing in the Western Division register with the CM/ECF system in order to receive electronic notice from this Court.

On <u>March 22, 2006,</u> another order or notice was issued by the Clerk's Office in paper form.

☐     Attorney <u>Barry E. O'Connor and Walter A. Stewart</u> are ordered to show cause in writing on or before the close of business on <u>April 3, 2006</u> why sanctions should not be imposed for failure to comply with the Court's Standing Order.

☐     Attorney _____ is ordered to appear on _____ at _____ to show cause why sanctions should not be imposed for failure to comply with the Court's Standing Order.

/s/ KENNETH P. NEIMAN
Kenneth P. Neiman
Chief Magistrate Judge